UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TALESHA WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-403** |
| **DAWN PARKER ET AL.** | **SECTION "H"** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that that this lawsuit be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

New Orleans, Louisiana, this 26th day of August, 2025.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE